

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of A.S.M., a Child

No. 06-23-00036-CV

Appeal from the 307th District Court of Gregg County, Texas (Tr. Ct. No. 2001-1995-DR). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED JUNE 13, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk